*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

# DISTRICT OF COLUMBIA COURT OF APPEALS

No. 18-BG-115

FILED 06/28/2018
District of Columbia
Court of Appeals

*Julio Castillo*
Clerk of Court

IN RE LEICESTER B. STOVELL, RESPONDENT.

A Member of the Bar of the District of Columbia Court of Appeals

(Bar Registration No. 488149)

On Report and Recommendation
Of the Board on Professional Responsibility

(BDN 136-14, BDN 196-14, BDN 205-14 & BDN 129-14)

(Decided June 28, 2018)

Before: GLICKMAN and THOMPSON, *Associate Judges*, and STEADMAN, *Senior Judge*.

PER CURIAM: In this case, the Board on Professional Responsibility recommends that respondent Leicester B. Stovell be disbarred based on Hearing Committee findings that he intentionally misappropriated client funds entrusted to him. *See In re Edwards*, 990 A.2d 501, 518-19 (D.C. 2010); *In re Addams*, 579 A.2d 190, 193 (D.C. 1990) (en banc). No exceptions having been filed to the

Board's report, we impose the recommended discipline.  *See* D.C. Bar R. XI, § 9 (h)(2).  Accordingly, it is

ORDERED that Leicester B. Stovell is hereby disbarred.  For purposes of reinstatement the period of respondent's disbarment will not begin to run until such time as he files a D.C. Bar R. XI, § 14 (g) affidavit.